ELEANOR BOYD HYDE, APPELLANT

*vs.*

DECREE, JUDGE OF PROBATE.

Sagadahoc County. Decided June 28, 1937. The Court being equally divided, the exceptions must be overruled. It is so ordered. *Mayo A. Shattuck,* for appellant. *Ernest L. Goodspeed,* for appellee.